IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, JOHN ROE, and JANE NOE, | § § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 4:17-CV-881 |
| v. | § § | |
| JUDGE WAYNE MACK, | § § | |
| *Defendant.* | § | |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF KYLE D. HAWKINS AS COUNSEL FOR PLAINTIFF

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the Southern District of Texas, Defendant Judge Wayne Mack ("Defendant") respectfully requests that this Court grant Kyle D. Hawkins of the law firm Gibson, Dunn & Crutcher LLP leave to withdraw his appearance as attorney of record for Defendant in this matter.  In support of this motion, Defendant states as follows:

1.     Effective October 1, 2017, Mr. Hawkins will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP.

2.     Defendant will continue to be represented by the other attorneys who have filed appearances in this case.

3.     Defendant requests that Will Thompson of the law firm Gibson, Dunn & Crutcher LLP be designated as Lead Attorney for Defendant.

WHEREFORE, Defendant respectfully requests that the Court grant leave for Kyle D. Hawkins to withdraw as attorney of record and designate Will Thompson of the law firm Gibson, Dunn & Crutcher LLP as Lead Attorney for Defendant in this action.

Dated:  September 29, 2017       Respectfully submitted,

/s/ *Kyle D. Hawkins*
Kyle D. Hawkins
TX Bar No. 24094710
Southern District of Texas Bar No. 2839547
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone:  (214) 698-3309
Facsimile:  (214) 571-2963

COUNSEL FOR DEFENDANT JUDGE WAYNE MACK

## **Certificate of Service**

I hereby certify that on September 29, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> */s/ Kyle D. Hawkins*
> Kyle Hawkins

## **Certificate of Conference**

I hereby certify that I have conferred with counsel for the parties in this litigation.  They are unopposed to the filing of this motion.

> */s/ Kyle D. Hawkins*
> Kyle Hawkins