IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, JOHN ROE, and JANE NOE, | § § § § § § § § § § § § | |
| *Plaintiffs*, | | CIVIL ACTION NO. 4:17-CV-881 |
| v. | | |
| JUDGE WAYNE MACK, | | |
| *Defendant*. | | |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF KYLE D. HAWKINS AS COUNSEL FOR PLAINTIFF

Before this Court is the Motion to Withdraw the Appearance of Kyle D. Hawkins as Counsel of Record for Defendant Judge Wayne Mack ("Defendant"). Upon review of the motion and for good cause shown, the Court GRANTS the Motion to Withdraw Appearance of Kyle D. Hawkins as Counsel and ORDERS that Kyle D. Hawkins be withdrawn as counsel of record for Defendant and Will Thompson of the law firm Gibson, Dunn & Crutcher LLP be designated as Lead Attorney for Defendant.

IT IS SO ORDERED.