UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, JOHN ROE, and JANE NOE, *Plaintiffs*, | § § § § § | Civil Action No. 4:17-cv-881 **JURY DEMANDED** |
| v. | § § § | |
| JUDGE WAYNE MACK, in his official capacity as Justice of the Peace, and MONTGOMERY COUNTY, TEXAS, *Defendants*. | § § § § § | |

## ORDER GRANTING DEFENDANTS' EXPEDITED MOTION TO STAY

Pending before the Court is Defendants' Expedited Motion to Stay (Doc. 78). This Court, having considered the authorities and arguments of counsel is of the opinion that the Motion should be granted in full.

IT IS THEREFORE ORDERED that Defendants' Expedited Motion to Stay is GRANTED in full.

IT IS FURTHER ORDERED that all proceedings in this case, including discovery, are hereby stayed until this Court rules on Defendants' Motion for Judgment on the Pleadings (Doc. 65).

IT IS FURTHER ORDERED that all proceedings in this case, including discovery, are to be stayed in the event of an interlocutory appeal by Defendants.

ENTERED this ___ day of _____, 2018.

_____
HON. EWING WERLEIN, JR.

37858373