UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, JOHN ROE, and JANE NOE, *Plaintiffs*, <br><br> v. <br><br> JUDGE WAYNE MACK, in his official capacity as Justice of the Peace, and MONTGOMERY COUNTY, TEXAS, *Defendants*. | § § § § § § § § § § § § § | Civil Action No. 4:17-cv-881 |

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF EXPERT DESIGNATION DEADLINE**

Defendants respectfully request a fourteen (14) day extension of their deadline to designate experts. Relevant dates are set forth below:

1. On January 10, 2018, the Court issued an Amended Docket Control Order (Dkt. No. 51), which set deadlines of March 25, 2018 for Plaintiffs to designate their expert witnesses and May 25, 2018 for Defendants to designate their expert witnesses.

2. On March 27, 2018, the Court granted Plaintiffs' request for a seven-day extension of their expert designation deadline. Plaintiffs served their expert designations on March 30, 2018.

3. Defendants seek a fourteen-day extension of their expert designation deadline, through and until June 8, 2018. Plaintiffs do not oppose this motion or the relief sought. A proposed order extending Defendants' deadline is attached.

<table>
<tr><td>

**J.D. LAMBRIGHT,**
**COUNTY ATTORNEY**

B.D. Griffin
Assistant County Attorney
Texas Bar No. 08468500
S.D. Texas Bar No. 1862
Adam Anderson
Texas Bar No. 24090780
S.D. Texas Bar No. 2914958
501 North Thompson, Suite 300
Conroe, TX  77301
(936) 539-7828
(936) 760-6920 (facsimile)
bd.griffin@mctx.org
adam.anderson@mctx.org

</td><td>

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By:  /s/ *Amy Pharr Hefley*
Aaron M. Streett
Texas Bar No. 24037561
S.D. Texas Bar No. 732596
Amy Pharr Hefley
Texas Bar No. 24046046
Nischay Bhan
Texas Bar No. 24105468
S.D. Texas Bar No. 3151238
One Shell Plaza
910 Louisiana St.
Houston, TX  77002
(713) 229-1234
(713) 229-1522 (facsimile)
aaron.streett@bakerbotts.com
amy.hefley@bakerbotts.com
nischay.bhan@bakerbotts.com

Vincent Wagner
Texas Bar No. 24093314
S.D. Texas Bar No. 3162395
2001 Ross Avenue, Suite 700
Dallas, TX  75201
(214) 953-6000
(214) 661-6503 (facsimile)
vincent.wagner@bakerbotts.com

</td></tr>
</table>

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that this document was filed with the Court's Electronic Filing System, which will serve all known Filing Users, on May 11, 2018.

/s/ *Amy Pharr Hefley*

Amy Pharr Hefley