United States District Court
Southern District of Texas
**ENTERED**
May 15, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, JOHN ROE, and JANE NOE,<br>*Plaintiffs*,<br><br>v.<br><br>JUDGE WAYNE MACK, in his official capacity as Justice of the Peace, and MONTGOMERY COUNTY, TEXAS,<br>*Defendants*. | Civil Action No. 4:17-cv-881 |

## ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE EXPERT WITNESS REPORT

On Motion of the Defendants and for good cause shown,

IT IS HEREBY ORDERED:

The deadline in the Amended Docket Control Order for Defendants to identify expert witnesses (Dkt. No. 51) is hereby changed. The previous deadline of May 25, 2018 is stricken, and a new deadline is set for June 8, 2018.

ENTERED on this 15th day of May, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE