UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, and JOHN ROE <br> *Plaintiffs*, | § § § § § | |
| v. | § § | CASE NO. 4:17-cv-881 |
| JUDGE WAYNE MACK in his official capacity and MONTGOMERY COUNTY, TEXAS <br> *Defendants.* | § § § § § | |

**PLAINTIFFS' RESPONSE AND JOINT NOTICE REGARDING DEFENDANTS' EXPEDITED MOTION TO STAY**

Plaintiffs do not oppose Defendants' Expedited Motion to Stay (Doc. 78), except with regard to Defendants' June 8 expert designation deadline. Plaintiffs have concerns that applying a stay to Defendants' expert witness designation would impact equity in these proceedings and incentivize the weaponization of immunity claims in civil litigation in general. On May 14, Plaintiffs expressed their concerns to Defendants. Without accepting the validity of the concerns raised by Plaintiffs, Defendants agreed in response to a revised stay order that stays proceedings with the exception of Defendants' June 8 expert designation deadline.

The parties have agreed to request that the Court stay all district court proceedings until the Court has ruled on Defendants' Motion for Judgment on the Pleadings and until any interlocutory appeal of that decision, on judicial immunity grounds, has been finally decided by the court of appeals, subject to the exception that Defendants will timely file their expert report and expert designation by the deadline of June 8, 2018. This agreement is made without prejudice to, or waiver of, Defendants' previously stated position that judicial immunity is an immunity from suit that entitles a defendant to a stay of all proceedings until the immunity question is finally resolved.

A Proposed Order accompanies this Response. Based on the information above, the Parties respectfully request that this Proposed Order be entered in lieu of the proposed order that accompanied Defendants' Expedited Motion to Stay (Doc. 78-1).

DATE:  May 17, 2018

                Respectfully submitted,

                */s/ Sam Grover*
                Sam Grover
                Wisconsin State Bar No. 1096047
                Elizabeth Cavell
                Wisconsin State Bar No. 1089353
                (*pro hac vice*)
                FREEDOM FROM RELIGION FOUND., INC.
                P. O. Box 750
                Madison, WI 53701
                Telephone:  608-256-8900
                Telecopier:  608-204-0422
                Email:  sgrover@ffrf.org / ecavell@ffrf.org

                Patrick A. Luff
                Attorney-in-charge
                Texas State Bar No. 24092728
                S.D. Tex. Bar No. 2896159
                LUFF LAW FIRM, PLLC
                3123 NW Loop 410
                San Antonio, TX 78230
                Telephone:      210-504-7575
                Telecopier:      830-584-0628
                Email:  luff@lufflaw.com

## CERTIFICATE OF SERVICE

I, Sam Grover, hereby certify that on this the 17th day of May, 2018, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                */s/ Sam Grover*
                Sam Grover