United States District Court
Southern District of Texas
**ENTERED**
May 22, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, and JOHN ROE *Plaintiffs*, | § § § § § | |
| v. | § § | CASE NO. 4:17-cv-881 |
| JUDGE WAYNE MACK in his official capacity and MONTGOMERY COUNTY, TEXAS *Defendants*. | § § § § § | |

## ORDER GRANTING IN PART DEFENDANTS' EXPEDITED MOTION TO STAY

Pending before the Court is Defendants' Expedited Motion to Stay (Doc. 78). This Court, having considered the authorities and arguments of counsel, and in light of the agreement between the Parties described in Plaintiffs' response, is of the opinion that the Motion should be granted in part.

IT IS THEREFORE ORDERED that Defendants' Expedited Motion to Stay is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that all proceedings in this case, including discovery, are hereby stayed until this Court rules on Defendants' Motion for Judgment on the Pleadings (Doc. 65), with the exception of the deadline, and any proceedings related to the deadline, for Defendants to designate experts, set for June 8, 2018, which remains in effect.

IT IS FURTHER ORDERED that all proceedings in this case, including discovery, with the same exception for Defendants' designation of experts, are to be stayed in the event of an interlocutory appeal by Defendants of an order denying their Motion for

Judgment on the Pleadings, until the conclusion of appellate proceedings related to the Motion for Judgment on the Pleadings.

IT IS FURTHER ORDERED that after final resolution of the judicial immunity issue, either through a decision by the court of appeals or through notice by the Defendants that they will not appeal the district court's ruling on judicial immunity, a new discovery deadline will be set for at least forty-five (45) days after the final resolution and a new deadline for dispositive motions will be set for at least fifteen (15) days after the new discovery deadline.

ENTERED this 22nd day of May, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE