United States District Court
Southern District of Texas
**ENTERED**
September 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, JOHN ROE, and JANE NOE, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-881 |
| JUDGE WAYNE MACK, in his official capacity as Justice of the Peace, and MONTGOMERY COUNTY, TEXAS, | § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order entered January 19, 2018, and the separate Memorandum and Order entered this day, which in part also modifies the holdings of the January 19, 2018 Memorandum and Order, it is

ORDERED and ADJUDGED that Plaintiffs Freedom from Religion Foundation, Inc., Jane Doe, John Roe, and Jane Noe take nothing in their claims against Defendants Judge Wayne Mack in his official capacity and Montgomery County, Texas, and Plaintiffs' claims are DISMISSED without prejudice for lack of Article III standing.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 27th day of September, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE