UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** **JANE DOE, and JOHN ROE** *Plaintiffs*, v. **JUDGE WAYNE MACK in his official capacity as Justice of the Peace, and MONTGOMERY COUNTY, TEXAS** *Defendants.* | § § § § § § § § § § § § § CASE NO. 4:17-cv-881 |

**ORDER TO AMEND THE COURT'S MEMORANDUM AND ORDER, AND FINAL JUDGMENT**

On motion of the Plaintiffs (Doc. 90) and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs Motion to Amend the Court's Memorandum and Order, and Final Judgment is GRANTED: The Court's previous Memorandum and Order (Doc. 88) and accompanying Final Judgment (Doc. 89) are hereby withdrawn and are without effect until such time as this Court re-issues them.

Plaintiffs are hereby ordered to serve the State of Texas without delay.

SIGNED in Houston, Texas, this ___ day of November, 2018.

_____

HON. EWING WERLEIN, JR.