UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION** § <br> **FOUNDATION, INC.,** § <br> **JANE DOE, and JOHN ROE** § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> **JUDGE WAYNE MACK in his** § <br> **official capacity as** § <br> **Justice of the Peace, and** § <br> **MONTGOMERY COUNTY, TEXAS** § <br> *Defendants.* § | **CASE NO. 4:17-cv-881** |

**ORDER TO AMEND THE COURT'S MEMORANDUM AND ORDER, AND FINAL JUDGMENT**

On motion of the Plaintiffs (Doc. 90) and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs Motion to Amend the Court's Memorandum and Order, and Final Judgment is GRANTED: The Court's previous Memorandum and Order (Doc. 88) and accompanying Final Judgment (Doc. 89) are hereby withdrawn and are without effect until such time as this Court re-issues them.

Plaintiffs are hereby ordered to file an amended complaint without delay.

SIGNED in Houston, Texas, this ___ day of November, 2018.

_____

HON. EWING WERLEIN, JR.