UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, and JOHN ROE, § § § | | |
| *Plaintiffs*, § | | Civil Action No. 4:17-cv-881 |
| § | | |
| v. § | | |
| § | | |
| § | | |
| JUDGE WAYNE MACK, in his official capacity as Justice of the Peace, and MONTGOMERY COUNTY, TEXAS, § § § | | |
| *Defendants*. § | | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2, Vincent M. Wagner respectfully requests to withdraw as counsel for Defendants in this action. Mr. Wagner, who has appeared in this matter, will no longer be affiliated with the law firm of Baker Botts L.L.P. But Amy Pharr Hefley, Aaron M. Streett, and Nischay Bhan of Baker Botts will continue as counsel for Defendants. So no substitution of counsel is required.

As a result, Mr. Wagner asks that he be permitted to withdraw from representing Defendants in this matter, and that he be removed from the list of counsel receiving ECF and other notifications in this case.

...

Dated:   November 21, 2018

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By:   /s/ *Vincent M. Wagner*
Aaron M. Streett
Texas Bar No. 24037561
S.D. Texas Bar No. 732596
Amy Pharr Hefley
Texas Bar No. 24046046
Nischay Bhan
Texas Bar No. 24105468
S.D. Texas Bar No. 3151238
One Shell Plaza
910 Louisiana St.
Houston, TX   77002
(713) 229-1234
(713) 229-1522 (facsimile)
aaron.streett@bakerbotts.com
amy.hefley@bakerbotts.com
nischay.bhan@bakerbotts.com

Vincent M. Wagner
Texas Bar No. 24093314
S.D. Texas Bar No. 3162395
2001 Ross Avenue, Suite 900
Dallas, TX   75201
(214) 953-6000
(214) 661-6503 (facsimile)
vincent.wagner@bakerbotts.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that this document was filed with the Court's Electronic Filing System, which will serve all known Filing Users, on November 21, 2018.

/s/ *Vincent M. Wagner*
Vincent M. Wagner