UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., JANE DOE, and JOHN ROE, | § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 4:17-cv-881 |
| v. | § § § | |
| JUDGE WAYNE MACK, in his official capacity as Justice of the Peace, and MONTGOMERY COUNTY, TEXAS, | § § § § | |
| *Defendants*. | § | |

**ORDER**

Before this Court is the Motion to Withdraw as Counsel for Defendants of Vincent M. Wagner. Upon review of the motion and for good cause shown, the Court GRANTS the motion and ORDERS that Vincent M. Wagner be withdrawn as counsel of record for Defendants.

IT IS SO ORDERED.

Signed on this ____ day of _____, 2018.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE